# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEON MORRIS, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:19-cv-1751- JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED DECEMBER 31, 2019<br>(Doc. 3)<br><br>ORDER TERMINATING THE MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br>(Doc. 2) |

Plaintiff requested to proceed *in forma pauperis* with this. (Docs. 1, 2) The Court reviewed his affidavit and found the information provided failed to support a conclusion that Plaintiff could not pay the Court's costs. (Doc. 3) The Court ordered Plaintiff to show cause why the motion to proceed *in forma pauperis* should not be denied. (*Id.*) Instead, Plaintiff paid the filing fee to the Court on January 9, 2020. Because Plaintiff has elected to pay the filing fee, the Court **ORDERS**:

1. The Order to Show Cause dated December 31, 2019 (Doc. 3) is DISCHARGED; and
2. The Clerk of Court is directed to terminate the motion to proceed *in forma pauperis* (Doc. 2) as **MOOT**.

IT IS SO ORDERED.

Dated: **January 13, 2020**         **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE