# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEON MORRIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:19-cv-1751- JLT <br><br> ORDER DIRECTING CLERK TO ISSUE SUMMONS, SOCIAL SECURITY CASE DOCUMENTS, AND SCHEDULING ORDER |

Plaintiff seeks judicial review of the administrative decision to deny his application for Social Security benefits. (Doc. 1) Plaintiff paid the filing fee for this action on January 9, 2020. (*See* Doc. 4) Accordingly, the Court **ORDERS**:

1. The Clerk of Court is DIRECTED to to issue summons as to Andrew Saul, Commissioner of Social Security; and
2. The Clerk of Court is DIRECTED to issue and serve Plaintiff with Social Security Case Documents, including the Scheduling Order, Order regarding Consent, and Consent Form.

IT IS SO ORDERED.

Dated: **January 29, 2020**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE