UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MORRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:19-cv-1751  JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, JERRY MORRIS, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On October 5, 2020, Plaintiff and the Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's appeal pursuant to sentence four of 42 U.S.C. § 405(g), for an ALJ to issue a new decision. (Doc. 17)  In addition, the parties request that the Court enter judgment in favor of Plaintiff and against the Commissioner. (*Id.*)  Based upon the stipulation of the parties, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Jerry Morris, and against Defendant Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __October 19, 2020__　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE