# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEON MORRIS, JR., | Case No.: 1:19-cv-01751 JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. 20) |
| Defendant. | |

Jerry Leon Morris, Jr., and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 20) Subject to the terms of the stipulation, the Court **ORDERS:**

1. Plaintiff's request for fees (Doc. 20) is **GRANTED**; and
2. Fees in the amount of $2,705.72 are **AWARDED** to Plaintiff, Jerry Leon Morris, Jr.

IT IS SO ORDERED.

Dated: **December 23, 2020**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE